590

478 A.2d 119

Commonwealth v. Murray, Appellant.

Submitted March 19, 1984. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and ROWLEY and BECK, JJ.

Affirmed.

478 A.2d 119

Commonwealth, Appellant, v. Neishell.
Petition for Allowance of Appeal
Granted Oct. 1, 1984.

Submitted November 4, 1983. Michael Krushinski, Assistant District Attorney, for Commonwealth, appellant; Michael Neishell, appellee, in propria persona.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Order affirmed.

ROWLEY, J., dissented.